**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Attorneys for Movant, City of Cheboygan.
(LSB9807)



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: The Great Lakes Tissue Company,<br><br>Debtor.<br><br>CITY OF CHEBOYGAN,<br><br>Movant,<br><br>RCA CAPITAL CORP. AND MICHAEL PANDOLFELLI<br><br>Respondent. | Case No. 08-22796-dob<br>United States Bankruptcy Court<br>Eastern District of Michigan - Northern Division<br><br>Adv. Proc. #09-02007-dob<br><br>Civil Action No. 2:09-cv-02971(SRC)(MAS)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE WITH RIGHT OF ENFORCEMENT OF PROVISIONS OF COURT ORDER [DOCKET DOCUMENT 14] PRESERVED** |

**THIS MATTER**, having been opened to the Court by McCarter & English, LLP, attorneys for Movant, City of Cheboygan (the "Movant"), for an Order holding RCA Capital Corp. ("RCA"), and Michael B. Pandolfelli ("Pandolfelli" and collectively with RCA, the "Respondents") in contempt of Court for failure to appear for a deposition and produce documents (the "Documents") pursuant to a Subpoena Duces Tecum (the "Subpoena") which issued from this Court and which was served on RCA by Movant, and imposing monetary sanctions on RCA and Pandolfelli for failure to comply with the Subpoena, and the Court having entered an Order on July 29, 2010 [Docket Document No. 14] (the "Order") holding the Respondents in contempt and ordering that the Respondents 1) pay the Movant $2,000.00 (the "Judgment"); and 2) produce the Documents, and the Respondents having fully satisfied the

Judgment, but having failed to locate and produce the Documents; it is on this ___ day of _July_, 2011,

**ORDERED** that, the relief granted to the Movant in this Court's Order shall be preserved and Movant shall have a right to enforce that part of the Order that the Respondents have yet to comply with, to wit, the production of the Documents; and

**IT IS FURTHER ORDERED** that this matter is Dismissed Without Prejudice with this Court retaining jurisdiction in the event enforcement of the Order should become necessary.

We hereby agree to the form
and entry of this Consent Order:

McCarter & English, LLP
Attorneys for Movant

By: _____
DANIEL R. SEAMAN, ESQ.

Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Dated: June 29, 2011

Bray & Bray, LLC
Attorneys for Respondent

By: _____
PETER BRAY, ESQ.

100 Misty Lane
Ivy Corporate Park
Parsippany, NJ 07054

Dated: June 30, 2011

Dated: 7/6/2011

_____
MICHAEL A. SHIPP, U.S.M.J.
USDJ

2